LT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff **LHF PRODUCTIONS INC,**

v.

Defendant **DOES 1-26**

Case Number: **16-CV-3892**

Judge: **Gettleman**

Magistrate Judge: **Valdez**

## Answer To Complaint

I DENISE Rowe Reside at said address 5084 Euclid LN Richton Park, IL 60471 DENY All Allegations, and have never downloaded or distributed plaintiff's property.

DR

**FILED**

JUL 1 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

7/15/16 *[signature: Denise Rowe]*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]